54 F.3d 770
 Emerson Tucker
v.
New Jersey State Prison, Howard L. Beyer, Administrator,
Charles Ellis, Asst. Supt., Lieutenant R.A. Keil, Inmate
Statman, Inmate Harris, Officer B. Jones, Inmate T. Hill,
Executive Assistant of N.J.S.P., Investigator Jonathan
Johnson, Donald A. Powell, Field Representative, Robert J.
Del Tufo, Attorney General of N.J., Governor James Florio,
Officer Howard, Officer Forest, Deborah Gottlieb, Deputy
Attorney General of N.J., Sergeant Flours
 NO. 94-5664
 United States Court of Appeals,
Third Circuit.
 Apr 17, 1995
 
 Appeal From: D.N.J., No. 92-cv-03768,
 Wolin, J.
 
 
 1
 AFFIRMED.